MAX SCHULMAN, appellant,

*v.*

HERBERT GOLD, respondent.

[Decided April 19th, 1945.]

*Mr. Walter V. Schwartz,* for the appellant.

*Mr. George K. Slingland,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported at *134 N. J. Eq. 532.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, THOMPSON, DILL, FREUND, JJ. 13.

*For reversal*—HEHER, J. 1.